# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRENE WILSON, | ) | NO. EDCV 07-1206-MAN |
| | ) | |
|         Plaintiff, | ) | |
|   v. | ) | JUDGMENT |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|        Defendant. | ) | |
| _____ | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and that the above-captioned action is dismissed with prejudice.

DATED: March 31, 2009

                                  /s/
                           MARGARET A. NAGLE
             UNITED STATES MAGISTRATE JUDGE